CO-1509 Rev. 3/19

# ADDRESS and/or NAME CHANGE REQUEST

✔ Attorney                              ___ Pro Se

Bar ID No: __985070__                   Prisoner ID No: _____

✔ Firm moved to new address             ___ Attorney/Pro Se moved to new address

___ Firm name change/correction         ___ Attorney/Pro Se name change/correction

**NAME:** James H. Weingarten

**New Name** (Include copy of marriage certificate, if applicable): _____

**OLD ADDRESS:**

Office: Milbank LLP
Unit: Suite 1100
Address: 1850 K Street, NW

City: Washington          State: DC          Zip: 20006
Telephone: (202) 835-7525          Fax: (202) 835-7593
Email: jweingarten@milbank.com

**NEW ADDRESS:**

Office: Milbank LLP
Unit:
Address: 1101 New York Avenue, N.W

City: Washington          State: DC          Zip: 20005
Telephone: (202) 835-7525          Fax: (202) 835-7593
Email: jweingarten@milbank.com

COMMENTS: The addresses for Jonathan Lamberti and Jeremy Ravinsky, who are based in New York, NY, will not be changing.

Return to:   Clerk's Office
             U.S. District Court
             333 Constitution Avenue, NW
             Washington, DC 20001
             Fax: (202) 354-3524
             Email: attorney_admissions@dcd.uscourts.gov